UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARY LOPEZ c/o SANTA ASENCIO,

                    Plaintiff,

     -against-

TRANSPORTATION SECURITY AGENCY,

                    Defendant.
-----------------------------------------------------------------X

JUDGMENT
09-CV- 0776 (JG)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 1 6 2009 ★
BROOKLYN OFFICE

     A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 10, 2009, dismissing Lopez's claim without prejudice for lack of subject matter jurisdiction; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that Lopez's claim is dismissed without prejudice for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 405(g) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
        March 13, 2009

                                                              s/Robert C. Heinemann
                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court